**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Herman Rolando Diaz Perez, | Case No. 2:26-cv-02485-APG-BNW |
| Petitioner | **Order Dismissing and Closing Duplicative Proceeding** |
| v. | |
| Todd Blanche, et al., | |
| Respondents. | |

Petitioner Herman Rolando Diaz Perez, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1.  On July 23, 2026, Petitioner filed another habeas proceeding by submitting a substantially similar § 2241 petition challenging his immigration detention. *See Perez v. Blanche*, Case No. 2:26-cv-02235-APG-BNW.  Because the petition in this case is substantially identical to that filed in the 02485 case, I find this is an independent basis to dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims).

I THEREFORE ORDER that Herman Rolando Diaz Perez's duplicate habeas proceeding is **DISMISSED without prejudice** to his ability to pursue relief in his earlier filed habeas proceeding styled *Perez v. Blanche*, Case No. 2:26-cv-02235-APG-BNW, and his petition **(ECF No. 1-1) is DENIED**.

/ / / /

The Clerk of Court is further directed to close this case.  No other documents may be filed in this now-closed case.

Dated: August 12, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE